UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-272 (JMF)** |
| | : | |
| v. | : | |
| | : | |
| **MELVIN JOHNSON,** | : | |
|      **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Debra Long-Doyle, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
DEBRA LONG-DOYLE
Assistant United States Attorney
Federal Major Crimes , Bar No. 362518
555 4th Street, NW,  Room 4828
Washington, DC 20530
202-305-0634